# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Alan Rush d/b/a Rush Transport<br>Debtor(s) | BK NO. 23-00417 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NBS - Specialized Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
06 Mar 2023, 12:34:47, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322