Certificate Number: 16339-PAM-DE-037282359

Bankruptcy Case Number: 23-00417


16339-PAM-DE-037282359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 12:35 o'clock AM EDT, Timothy Rush completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 22, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor