IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| **IN RE:** | CASE NO.: 1:23-bk-00417-HWV |
| TIMOTHY ALAN RUSH | CHAPTER 13 |
| Debtor | Nature of Proceeding: Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. | Pleading: Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay |
| Movant | Document#: 33 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☒ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 7/6/2023

*/s/ Regina Cohen*
Regina Cohen
Attorney for Capital One Auto Finance, a division of Capital One, N.A.