United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00417-HWV |
| Timothy Alan Rush | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jul 29, 2025  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol** **Definition**
\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5596996 | + Email/Text: BK@servicingdivision.com | Jul 29 2025 18:42:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NBS - Specialized Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Nicholas G. Platt | on behalf of Debtor 1 Timothy Alan Rush ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC |

United States Trustee
    rcohen@lavin-law.com
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00417-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy Alan Rush
1402 Harcourt Drive
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/29/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034 | Servbank, N.A.<br>3138 E Elwood St<br>Phoenix, Arizona 85034<br>Servbank, N.A.<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/31/25

Seth F. Eisenberg
**CLERK OF THE COURT**